# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Thane International, Inc., et al. | : | |
| Debtor. | : | |
| _____ | : | |
| STANLEY JACOBS PRODUCTION, LTD, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 18-340-LPS |
| 9472541 CANADA INC., a Canadian corporation doing business as Thane, Inc., | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **2nd** day of **April, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on March 22, 2018 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter. Prior to that time, counsel provide a joint letter advising of their respective positions on mandatory mediation;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties were advised their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1. Any objections filed to this Recommendation and responses to the objections shall be subject to the following page limitations and schedule: objections are limited to three (3) pages double spaced and are due on **Friday, April 13, 2018.** The response to the objections shall be limited to three (3) pages double spaced and are due on **Monday, April 30, 2018.** Any requests for modification to the page limitations or schedule shall be made to this magistrate judge.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge